IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:22-CV-00249

| | |
|---|---|
| TEYWONIA BYRD,<br><br>       Plaintiff,<br><br>v.<br><br>FAT CITY CONDOMINIUM OWNERS<br>ASSOCIATION, INC.<br><br>       Defendant. | **<u>JURY VERDICT FORM</u>** |

We, the jury, return as our unanimous verdict, the following answers to the issues submitted:

**First Issue:**

Was Plaintiff's race a determinative factor in Defendant's decision to issue a violation notice to Plaintiff?

ANSWER: _____YES   __X__NO

After answering the First Issue, proceed to answer the Second Issue.

**Second Issue:**

Was Plaintiff's race a determinative factor in Defendant's decision to fine Plaintiff for violation of the Declaration?

ANSWER: _____YES   __X__NO

If you answered the First Issue and/or the Second Issue "Yes," you will proceed to answer the Third Issue. If you answer the First Issue and the Second Issue "No," you will proceed to answer the Fourth Issue.

**Third Issue:**

What is the amount, if any, Plaintiff is entitled to recover as compensatory damages from Defendant?

$ _____

What is the amount, if any, Plaintiff is entitled to recover as punitive damages from Defendant?

$ _____

What is the amount, if any, Plaintiff is entitled to recover as nominal damages from Defendant?

$ _____

If you provided an amount of any damages as to the Third Issue, you will not answer any additional Issues. Instead, please sign and date the Verdict Form.

**Fourth Issue:**

Did Plaintiff breach the Declaration by failing to remove the Ring peephole camera after the ARC application was denied?

ANSWER: _X_YES  _____NO

After answering the Fourth Issue, proceed to answer the Fifth Issue.

**Fifth Issue:**

Did the Defendant follow the North Carolina Condominium Act when it assessed fines

against the Plaintiff of $100 per day since the first violation date, which amounts to a total fine today of $73,000?

ANSWER: ___X___YES _____NO

After answering the Fifth Issue, please sign and date the Verdict Form.

This the 20th day of June, 2024



_____
Print Name of Foreperson