# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Teywonia Byrd, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00249-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Fat City Condominium Owners Association, Inc., | ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's June 20, 2024 Verdict.

June 21, 2024

*Katherine Hord Simon*

Katherine Hord Simon, Clerk
United States District Court